In the Matter of the Claim of JACOB RUBENFELD, Appellant, against DEPARTMENT OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by claimant from a decision, within an award of the Workmen's Compensation Board, which directed that the fee of his attorney should be fixed when a final award is made. The employer paid wages to claimant during his period of disability, and the board made an award of $296.80 to the employee as reimbursement. The case was continued. Appellant contends that the attorney's fee should be fixed now and not deferred until a final award may be made. We think the matter was discretionary with the board under the statute (Workmen's Compensation Law, § 24). As we view it the *Meyer* case (*Matter of Meyer* v. *Meyer-Atlanta Market*, 270 App. Div. 787) has no application. Decision unanimously affirmed, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.

∎

In the Matter of the Claim of GROVER QUICK, Respondent, against HARRY LEVINE et al., Appellants, and HENRY W. BROOKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by one employer and carrier from a decision and an award of compensation apportioned between appellants and a prior employer and carrier. Claimant suffered a sacroiliac strain while employed by the respondent Brooks. Compensation was awarded and paid for the resulting disability. That condition improved to such an extent that his doctor advised him to try light work. On December 12, 1947, he took a job with the appellant, Levine, carrying bags of coal. After working a day and a half he experienced severe pains in the back which resulted in total disability. There is evidence to indicate that the lifting and carrying of coal on December 13, 1947, re-strained the back causing disability and constituted an industrial accident within the intent and meaning of the Workmen's Compensation Law. Decision and award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See *post*, p. 988.]